CRAIG THOR KIMMEL +-^
ROBERT M. SILVERMAN +*-

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
♠ *Member, OH Bar*
§ *Member, MI Bar*
▫ *Member, NH Bar*
± *Member, CT Bar*
« *Member, TN Bar*
μ *Member, WY Bar*
¥ *Member, DC Bar*
¢ *Member, CA Bar*
° *Member WI Bar*
∞ *Certified by the New Jersey Supreme Court as a Civil Trial Attorney*

AMY L. BENNECOFF GINSBURG +*¤#μ¢
W. CHRISTOPHER COMPONOVO x#
JOHN A. DINGLE +*
JASON L. GRESHES +*-
SHANNON R. HARKINS +
JACQUELINE C. HERRITT +*¤- °^
TARA L. PATTERSON +
ROBERT A. RAPKIN +
ANGELA K. TROCCOLI ▫± 
ROBERT E. WILLIAMS +*

# KIMMEL & SILVERMAN
### P.C.

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001

June 2, 2016



<u>VIA ECF</u>

Hon. Maria-Elena James, U.S.M.J.
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    **Patti Alvarez v. Fingerhut**
             **Docket No.: 3:16-cv-01272-MEJ**

Dear Judge James:

    We represent Plaintiff Patti Alvarez ("Plaintiff") in this matter. A case management conference is currently set for June 16, 2016, at 10 a.m. Defendant Bluestem Brands, Inc. d/b/a Fingerhut, however, has not filed an Answer or any other responsive pleading. Today, Plaintiff moved for an entry of default. Therefore, we write to request that your Honor cancel the June 16, 2016, case management conference.

                                    Respectfully Submitted,

                                      /s/ <u>Amy Lynn Bennecoff Ginsburg</u>
                                      AMY LYNN BENNECOFF GINSBURG

*"When Debt Collectors called you, they never expected you to call us"*
© Copyright 2009-2015 All Rights Reserved, Kimmel & Silverman, P.C.