1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PATTIE ALVAREZ,<br><br>  Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>  Defendant. | Case No. 3:16-cv-01272-MEJ<br>*Assigned to Magistrate Judge Maria-Elena James*<br><br>[[PROPOSED]] **ORDER GRANTING STIPULATION TO VACATE ENTRY OF DEFAULT AGAINST DEFENDANT BLUESTEM BRANDS, INC.**<br><br>(*Stipulation to Vacate Entry of Default filed concurrently herewith*)<br><br>Complaint Filed:  March 15, 2016<br>Trial Date:          TBD |

## ORDER

Pursuant to the parties' Stipulation to Vacate Entry of Default Against Defendant Bluestem Brands, Inc., and good cause appearing therefor, the default entered on June 6, 2016 against Defendant Bluestem Brands, Inc. shall be vacated. Bluestem Brands, Inc. shall file its Answer on or before June 20, 2016.  The Court shall conduct a case management conference on July 28, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.  No later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is required.

Dated: June 10, 2016

_____
Magistrate Judge Maria Elena-James