Rachel Rebecca Stevens (261360)
Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
rstevens@creditlaw.com
aginsburg@creditlaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PATTI ALVAREZ, | ) | Case No.: 3:16-cv-01272-VC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **OF ACTION WITH PREJUDICE** |
| BLUESTEM BRANDS, INC. D/B/A FINGERHUT | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

- 1 -

STIPULATION FOR DISMISSAL

3:16-cv-01272-VC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PATTI ALVAREZ (herein after "Plaintiff") and Defendant BLUESTEM BRANDS, INC., erroneously sued as "Bluestem Brands, Inc. d/b/a Fingerhut (hereinafter "Defendant"), (jointly hereinafter referred to as "the Parties") hereby stipulate to dismiss the above-captioned action with prejudice, and in support of this Stipulation hereby say:

1. This matter is resolved between the Parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice pursuant to this Stipulation.

| /S/ Chelsea Lynn Diaz | /S/ Amy L. Bennecoff Ginsburg |
|---|---|
| Chelsea Lynn Diaz Esq. | Amy L. Bennecoff Ginsburg |
| Doll Amir & Eley LLP | Kimmel & Silverman, P.C. |
| 1888 Century Park East | 30 East Butler Pike |
| Suite 1850 | Ambler, PA 19002 |
| Phone: 310-557-9100 | Phone: (215) 540-8888 |
| Fax: 310-557-9101 | Fax: (215) 540-8817 |
| Email: cdiaz@dollamir.com | Email: abennecoff@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: September 29, 2016 | Date: September 29, 2016 |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chelsea Lynn Diaz, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: September 29, 2016          Kimmel & Silverman, P.C.

                                   /s/ Amy L. Bennecoff Ginsburg
                                   Amy L. Bennecoff Ginsburg
                                   Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 29th day of September 2016:

Chelsea Lynn Diaz Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Phone: 310-557-9100
Fax: 310-557-9101
Email: cdiaz@dollamir.com


DATED:  September 29, 2016         /s/ Amy L. Bennecoff Ginsburg
                                   Amy L. Bennecoff Ginsburg
                                   Attorney for Plaintiff